No. 993. RADIO TELEVISION NEWS DIRECTORS ASSN. ET AL. v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari before judgment denied. *Archibald Cox, W. Theodore Pierson, Robert M. Lichtman, Lloyd N. Cutler, J. Roger Wollenberg, Timothy B. Dyk, Lawrence J. McKay, Raymond L. Falls, Jr., Maurice Rosenfield, Herbert Wechsler, Thomas E. Ervin* and *Howard Monderer* for petitioners. *Solicitor General Griswold* for the United States et al.

No. 920. GERNER v. MOOG INDUSTRIES, INC. C. A. 8th Cir. Certiorari denied. *Harvey B. Jacobson, David C. Johnston* and *Robert F. Davis* for petitioner. *Joseph J. Gravely, Malcolm I. Frank* and *Bernard Mellitz* for respondent.

No. 922. BARKER v. CALIFORNIA-WESTERN STATES LIFE INSURANCE CO. ET AL. Ct. App. Cal., 5th App. Dist. Certiorari denied. *Ewart Lytton Merica* for petitioner.

No. 1028. DECKER ET AL. v. UNITED STATES ET AL.; No. 1029. AMERICAN RADIATOR & STANDARD SANITARY CORP. ET AL. v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. *Frank L. Seamans* for petitioners Decker et al., *J. Robert Maxwell* for petitioner Backner, and *Alexander Unkovic* for petitioner Held in No. 1028. *William E. Willis, Hubert I. Teitelbaum, Thomas F. Daly, Harold R. Schmidt, Frank C. McAleer, David B. Buerger, Paul J. Winschel, Gilbert J. Helwig, Milton Handler, Ralph L. McAfee, David J. Armstrong, George A. Raftery, T. W. Pomeroy, Jr., W. Walter Braham, Jr., Abraham J. Harris, Elliott W. Finkel, J. King Rosendale, Eugene B. Strassburger, Jr., Foster T. Bean, William J. Kenney* and *J. Vincent Burke, Jr.,* for petitioners in No. 1029. Reported below: 388 F. 2d 201.